IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEALTHCARE MANAGEMENT SOLUTIONS, INC. | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV5 |
| vs. | ) ) | ORDER |
| KENT HARTLE, et al. | ) ) | |
| Defendants. | ) | |

Upon the oral request of counsel for the defendants and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for July 23, 2007, at 9:30 a.m. Central Daylight Time is **rescheduled for July 23, 2007, at 3:00 p.m. Central Daylight Time** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

DATED this 10th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge