## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEALTHCARE MANAGEMENT SOLUTIONS, INC. | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV5 |
| vs. | ) ) | ORDER |
| KENT HARTLE and PHYSICIANS MEDICAL BILLING, INC. | ) ) ) | |
| Defendants. | ) | |

Upon the oral request of counsel for the parties, the **telephone planning conference** previously scheduled for July 23, 2007, at 3 p.m. is hereby **rescheduled to August 1, 2007, at 10:00 a.m.**  Counsel for the plaintiff will initiate the telephone conference.

DATED this 13th day of July, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge