# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEALTHCARE MANAGEMENT SOLUTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV05 |
| vs. | ) ) | ORDER |
| KEN HARTLE and PHYSICIANS MEDICAL BILLING INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion For Stay (Filing No. 36). In his motion, the plaintiff requests this court to extend the plaintiff's deadline to respond to the defendant's Motion to Compel (Filing No. 33) and submit expert witness reports pursuant to the progression order (Filing No. 27) pending a decision by the plaintiff to retain new counsel. The plaintiff states the defendants will not be prejudiced by an extension of the deadlines with respect to either the motion to compel or provide the expert report. Upon consideration,

**IT IS SO ORDERED:**

1. The plaintiff's Motion to Stay (Filing No. 36) is granted.

2. The plaintiff shall have **on or before October 11, 2007** to respond to the defendant's motion to compel.

3. The plaintiff shall have **until October 11, 2007** to disclose expert witnesses.

Dated this 18th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge