IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEALTHCARE MANAGEMENT SOLUTIONS, INC., | Case No. 8:07-cv-00005-JFB-TDT |
| Plaintiff, | |
| v. | |
| KENT HARTLE and PHYSICIANS MEDICAL BILLING, INC., | **ORDER OF DISMISSAL** |
| Defendants. | |

    This matter is before the court on Plaintiff's motion to dismiss (filing 40). The court has been advised the Defendants have no objection to the court entering an order dismissing the case. Accordingly, and pursuant to F.R.Civ.P. 41(a)(1)(ii). the court FINDS and ORDERS that this case is hereby dismissed.

    Dated this 12th day of October 2007.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge